**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Ex parte Matthew James Leachman

Appellate case numbers:  01-20-00841-CR, 01-20-00842-CR, 01-20-00843-CR

Trial court case numbers: 1694181, 1694180, 1694182

Trial court:                    248th District Court of Harris County

On November 29, 2021, Appellant Matthew James Leachman filed a "Motion to Exceed Length Limit" with regard to his "further motion for en banc reconsideration."  Appellant's motion is **granted.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually

Date:  December 14, 2021